B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LLS America, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1223248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**90 West 500 South #2001**<br>**Bountiful, UT**<br><div align="right">ZIP Code<br>**84010**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Davis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                            Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**LLS America, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**LLS-A, LLC** | Case Number:<br>**09-03910** | Date Filed:<br>**7/10/09** |
| District:<br>**Eastern District of Washington (Involuntary)** | Relationship:<br>**Affiliate** | Judge:<br>**PCW** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **LLS America, LLC** |

<center>Signatures</center>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    _____<br>    Telephone Number (If not represented by attorney)<br><br>    _____<br>    Date | X _____<br>    Signature of Foreign Representative<br><br>    _____<br>    Printed Name of Foreign Representative<br><br>    _____<br>    Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>    Signature of Attorney for Debtor(s)<br><br>**Gregory E. Garman Esq. Nevada Bar No. 6654**<br>    Printed Name of Attorney for Debtor(s)<br><br>**Gordon Silver**<br>    Firm Name<br>**3960 Howard Hughes Parkway**<br>**Ninth Floor**<br>**Las Vegas, NV 89169**<br><br>    Address<br><br>**(702) 796-5555**<br>    Telephone Number<br><br>    _____<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>    _____<br>    Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>    _____<br>    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>    Address<br><br>X _____<br><br>    _____<br>    Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Ralph Gamble*<br>    Signature of Authorized Individual<br><br>**Ralph Gamble**<br>    Printed Name of Authorized Individual<br><br>**CEO**<br>    Title of Authorized Individual<br><br>**20 July 2009**<br>    Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LLS America, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
(Signature of Attorney for Debtor(s)

**Gregory E. Garman Esq. Nevada Bar No. 6654**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**

_____
Address

**(702) 796-5555**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Ralph Gamble**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **LLS America, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Perez, Miguel<br>960 Cape Marco Drive #901<br>Marco Island, FL 34145 | Perez, Miguel<br>960 Cape Marco Drive #901<br>Marco Island, FL 34145<br>34-607-267-044 | Unsecured<br>Promissory Note | Disputed | 3,944,545.67 |
| Andresen, Karl-Heinz<br>Flobotstr. 15<br>Zurich  8044<br>SWITZERLAND | Andresen, Karl-Heinz<br>Flobotstr. 15<br>Zurich  8044<br>SWITZERLAND<br>49 40 41478525 | Unsecured<br>Promissory Note | Disputed | 2,078,662.69 |
| Gargiulo, Anthony<br>960 Cape Marco Drive #1001<br>Marco Island, FL 34145 | Gargiulo, Anthony<br>960 Cape Marco Drive #1001<br>Marco Island, FL 34145<br>508-648-0673 | Unsecured<br>Promissory Note | Disputed | 1,987,349.99 |
| Donald, Paul<br>70 Milne Dr RR2<br>Petersburg, Ontario N0B 2H0<br>CANADA | Donald, Paul<br>70 Milne Dr RR2<br>Petersburg, Ontario N0B 2H0<br>CANADA<br>519-741-6413 | Unsecured<br>Promissory  Note | Disputed | 1,859,822.95 |
| Wells Fargo<br>Attn:  Kathi Selimshayev<br>3295 Elder Street<br>Suite 34<br>Boise, ID 83705 | Wells Fargo<br>Attn:  Kathi Selimshayev<br>3295 Elder Street<br>Boise, ID 83705<br>208-393-4557 | | Disputed | 1,649,893.69 |
| Reibling, Lorenz<br>26 Breezy Point Rd.<br>Eaton CTR, NH 03832 | Reibling, Lorenz<br>26 Breezy Point Rd.<br>Eaton CTR, NH 03832<br>617-357-4400 ext. 207 | Unsecured<br>Promissory Note | Disputed | 1,500,000.00 |
| Sawyer, Ross<br>47 Maurice Ave<br>Thomaston, ME 04861 | Sawyer, Ross<br>47 Maurice Ave<br>Thomaston, ME 04861<br>207-354-2329 | Unsecured<br>Promisory Note | Disputed | 1,412,771.01 |
| Greenwood Development<br>Defined Pension Pl<br>Attn:  Anthony Gargiulo<br>960 Cape Marco Drive #1001<br>Marco Island, FL 34145 | Greenwood Development Defined<br>Pension Pl<br>Attn:  Anthony Gargiulo<br>960 Cape Marco Drive #1001<br>Marco Island, FL 34145<br>508-648-0673 | Unsecured<br>Promissory Note | Disputed | 1,321,676.48 |

B4 (Official Form 4) (12/07) - Cont.

In re   **LLS America, LLC**                                         Case No. _____

_____
                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| The Phone Book Company<br>C/o Sue Palmer, 20 Poplar Drive<br>Brandon, Manitoba R7B 1B4<br>CANADA | The Phone Book Company<br>C/o Sue Palmer, 20 Poplar Drive<br>Brandon, Manitoba R7B 1B4<br>CANADA<br>204-727-2389 | Unsecured Promissory Note | Disputed | 1,185,975.60 |
| Nelson, Joe<br>4690 South Gilbert Road, Suite 1-211<br>Chandler, AZ 85249 | Nelson, Joe<br>4690 South Gilbert Road, Suite 1-211<br>Chandler, AZ 85249<br>480-452-5234 | Unsecured Promissory  Note | Disputed | 1,120,964.38 |
| Sound Investment Company<br>Box 333<br>Suquamish, WA 98392-0333 | Sound Investment Company<br>Box 333<br>Suquamish, WA 98392-0333<br>360-779-0886 | Unsecured Promissory Note | Disputed | 957,331.99 |
| Peak Custom Villas of Colorado, Inc.<br>Attn:  Mohsen Bagherian<br>863 Collins Rd.<br>Colorado Springs, CO 80920 | Peak Custom Villas of Colorado, Inc.<br>Attn:  Mohsen Bagherian<br>863 Collins Rd.<br>Colorado Springs, CO 80920<br>719-321-0042 | Unsecured Promissory Note | Disputed | 710,112.23 |
| Schultz, Ed or Isabelle<br>103173 Hwy 9<br>Sandy Hook, Manatoba R0C 2W0<br>CANADA | Schultz, Ed or Isabelle<br>103173 Hwy 9<br>Sandy Hook, Manatoba R0C 2W0<br>CANADA<br>204-389-4391 | Unsecured Promissory Note | Disputed | 645,250.00 |
| Suski, Andrew or Karen<br>2284 Western Meadows Dr.<br>Flushing, MI 48433 | Suski, Andrew or Karen<br>2284 Western Meadows Dr.<br>Flushing, MI 48433<br>810-577-2046 | Unsecured Promissory Note | Disputed | 633,080.61 |
| Nachtegaele, David or Marilyn<br>9791 Buchanan Rd. Box 492<br>Vernon, B.C. V1T 6M4<br>CANADA | Nachtegaele, David or Marilyn<br>9791 Buchanan Rd. Box 492<br>Vernon, B.C. V1T 6M4<br>CANADA | | Disputed | 587,400.00 |
| Krenk, Larry or Kathy<br>5880 West 115th Ave.<br>Westminster, CO 80020 | Krenk, Larry or Kathy<br>5880 West 115th Ave.<br>Westminster, CO 80020<br>303-438-6020 | Unsecured Promissory Note | Disputed | 544,000.00 |
| Ramos, David or Evelyn<br>71-13 244 Street<br>Douglaston, NY 11362 | Ramos, David or Evelyn<br>71-13 244 Street<br>Douglaston, NY 11362<br>917-804-0050 | Unsecured Promissory Note | Disputed | 500,000.00 |
| T & J Enterprises<br>1638 Anchorage Street<br>Sarasota, FL 34231 | T & J Enterprises<br>1638 Anchorage Street<br>Sarasota, FL 34231<br>941-378-8202 | Unsecured Promissory Note | Disputed | 500,000.00 |
| Rambaran, Sirooj<br>1101 McKay Drive<br>San Jose, CA 95131 | Rambaran, Sirooj<br>1101 McKay Drive<br>San Jose, CA 95131<br>408-206-7845 | Unsecured Promissory Note | Disputed | 475,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   LLS America, LLC                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Clawson, Rexx<br>1707 North Drive<br>Taylor, TX 76574 | Clawson, Rexx<br>1707 North Drive<br>Taylor, TX 76574 | Unsecured Promissory Note | Disputed | 400,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  20 July 2009                    Signature  _Ralph Gamble_
                                                 Ralph Gamble
                                                 CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **LLS America, LLC**                             ,     Case No._____
<br>                                         Debtor
<br>                                                             Chapter_____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,661,583.66 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 278 | | 24,013,837.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 292 | | | |
| Total Assets | | | 2,661,583.66 | | |
| Total Liabilities | | | | 24,013,837.29 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **LLS America, LLC**

Case No. _____

_____,
Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **LLS America, LLC**   ,   Case No. _____

Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

(Report also on Summary of Schedules)

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **LLS America, LLC**                              ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo**<br>**601 W 1st Avenue, Suite 800**<br>**spokane, WA 99201**<br>**#xxxxxx3582** | - | 0.00 |
| | | **Wells Fargo**<br>**601 W 1st Avenue, Suite 800**<br>**spokane, WA 99201**<br>**#xxxxxx7037** | - | 12,523.29 |
| | | **Wells Fargo**<br>**601 W 1st Avenue, Suite 800**<br>**Spokane, WA 99201**<br>**#xxxxxx5890** | - | 28,948.00 |
| | | **Bank of America**<br>**3009 E Olympic Ave**<br>**Spokane, WA 99217**<br>**#xxxx9815**<br>**Checking** | - | 100.00 |
| | | **Bank of America**<br>**3009 E Olympic Ave**<br>**Spokane, WA 99217**<br>**#13509815**<br>**Savings** | - | 0.00 |
| | | **Bank of America**<br>**3009 E Olympic Ave**<br>**Spokane, WA 99217**<br>**#20411708**<br>**Checking** | - | 3,449.84 |
| | | **Bank of America**<br>**3009 E Olympic Ave**<br>**Spokane, WA 99217**<br>**#xxxx1708**<br>**Savings** | - | 0.00 |

<div align="right">Sub-Total >      **45,021.13**<br>(Total of this page)</div>

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LLS America, LLC**                                              Case No. _____
                                            _____,
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 #xxxx9815 Checking | - | 100.00 |
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 #xxxx9815 Savings | - | 0.00 |
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 #xxxx1807 Checking | - | 100.00 |
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 #xxxx1807 Savings | - | 0.00 |
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 xxxx1906 Checking | - | 1,757.53 |
| | | Bank of America 3009 E Olympic Ave Spokane, WA 99217 20411906 Savings | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |

Sub-Total >            **1,957.53**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LLS America, LLC**                                          Case No. _____
                                                          .
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - Trade** | - | **2,592,180.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **2,592,180.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LLS America, LLC**                                                                    Case No. _____
_____,
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **State of Utah Acknowledgement of Consumer Credit Notification** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **60 Dell Dimension 5150 Intel Pentium 4 Processor 524 (3.06)GHz)** | - | **22,425.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                **22,425.00**
(Total of this page)

Sheet __**3**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LLS America, LLC**                                                                      Case No. _____
                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 2,661,583.66 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re    **LLS America, LLC**                                                  ,        Case No. _____
                                            Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                 $136,875.
  ☐ 11 U.S.C. §522(b)(2)
  ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __**LLS America, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | | | | | | | |
| | | J | C | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__    continuation sheets attached

|  | Subtotal (Total of this page) | | |
| --- | --- | --- | --- |
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **LLS America, LLC**                               ,        Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **LLS America, LLC**                                                                Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| 0702571 BC Ltd. Attn: Barry Ark 12829 Harris Rd. Pitt Meadows, BC V3Y 2S1 CANADA | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| 0702571 BC Ltd. Attn: Barry Ark 12829 Harris Rd. Pitt Meadows, BC V3Y 2S1 CANADA | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| 0720789 BC Ltd Attn: Margaret Miller 5577 Cornwall Drive Richmond, BC, V7C 5M8 CANADA | - | | | | | | X | Unknown |
| Account No. xxxxxx6 (TA)PNBC 2x 12 | | | | 4/11/2008 | | | | |
| 0817726 BC Ltd. Attn: Tirtho Ark 12829 Harris Rd. Pitt Meadows, BC V3Y 2S1 CANADA | - | | | | | | X | Unknown |

_277_ continuation sheets attached

Subtotal (Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC** _____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx (TA) PNBC xXxx xx1508** <br><br> **0817726 BC Ltd.** <br> **Attn: Tirtho Ark** <br> **12829 Harris Rd.** <br> **Pitt Meadows, BC V3Y 2S1** <br> **CANADA** | - | | | 2/15/2008 | | | X | Unknown |
| Account No. **xxxxxx BC (KA) xXxx xx0308** <br><br> **0827213 BC Ltd** <br> **Attn: Kari Alexader** <br> **Box 63** <br> **Taylor, BC V0C2K0** <br> **CANADA** | - | | | 9/3/2008 | | | X | Unknown |
| Account No. **xxxxxxx BC (KA) xXx xx2308** <br><br> **0827213 BC Ltd** <br> **Attn: Kari Alexander** <br> **Box 63** <br> **Taylor, BC V0C2K0** <br> **CANADA** | - | | | 7/23/2008 | | | X | Unknown |
| Account No. **BC xxxxxxx (KA) xxx xx3008** <br><br> **1127477 Alberta Ltd.** <br> **Attn: Keith Alexander** <br> **Box 63** <br> **Taylor, BC V0C2K0** <br> **CANADA** | - | | | 5/30/2008 | | | X | Unknown |
| Account No. <br><br> **1140966 Alberta Ltd.** <br> **Attn: Marvin Toews** <br> **PO Box 7** <br> **Grande Prairie, B.C. V4K 3M7** <br> **CANADA** | - | | | 9/8/2008 | | | X | Unknown |

Sheet no. __1__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __LLS America, LLC_____,  Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx PNBC xxx xx2708** | | | | 6/27/2008 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **xxxxxx PNBC xxx 2208** | | | | 5/22/2008 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **BC xxxxxxx xxxx07 - # 48** | | | | 6/19/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **BC xxxxxx xxxx07 - # 47** | | | | 5/18/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **PN BC xxxxxx6 5X4 GROUP 2** | | | | 4/1/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |

Sheet no. _2_ of _277_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                              Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PN BC xxxxxx6 5x4 Group 3** | | | | 3/29/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **Loan 46** | | | | 3/20/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **PN BC xxxxxx6 5X4 GROUP 1** | | | | 3/1/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **Loan 43** | | | | 1/20/2007 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |
| Account No. **xx PNBC xxx xx2708** | | | | 6/27/2008 | | | | |
| 1140966 Alberta Ltd. Attn: Marvin Toews PO Box 7 Grande Prairie, B.C. V4K 3M7 CANADA | | - | | | | | X | Unknown |

Sheet no. __3__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                    Case No. _____
                                          ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx PNBC xxx xx2208**<br><br>**1140966 Alberta Ltd.**<br>**Attn: Marvin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | | 5/22/2008 | | | X | Unknown |
| Account No. **BC xxxxxxx xxxx07 - # 48**<br><br>**1140966 Alberta Ltd.**<br>**Attn: Marvin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | | 6/19/2007 | | | X | Unknown |
| Account No. **BC xxxxxx xxxx07 - # 47**<br><br>**1140966 Alberta Ltd.**<br>**Attn: Marvin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | | 5/18/2007 | | | X | Unknown |
| Account No. **PN BC xxxxxx6 5X4 GROUP 2**<br><br>**1140966 Alberta Ltd.**<br>**Attn: Marvin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | | 4/1/2007 | | | X | Unknown |
| Account No. **PN BC xxxxxx6 5x4 Group 3**<br><br>**1140966 Alberta Ltd.**<br>**Attn: Marvin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | | 3/29/2007 | | | X | Unknown |

Sheet no. **4** of **277** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Loan 46**<br><br>1140966 Alberta Ltd.<br>Attn: Marvin Toews<br>PO Box 7<br>Grande Prairie, B.C. V4K 3M7<br>CANADA | | - | | 3/20/2007 | | | X | Unknown |
| Account No. **PN BC xxxxxx6 5X4 GROUP 1**<br><br>1140966 Alberta Ltd.<br>Attn: Marvin Toews<br>PO Box 7<br>Grande Prairie, B.C. V4K 3M7<br>CANADA | | - | | 3/1/2007 | | | X | Unknown |
| Account No. **Loan 43**<br><br>1140966 Alberta Ltd.<br>Attn: Marvin Toews<br>PO Box 7<br>Grande Prairie, B.C. V4K 3M7<br>CANADA | | - | | 1/20/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 - 237PA**<br><br>1418490 Ontario Ltd.<br>Attn: Mario Tarantino<br>1164 Glen Grove Avenue West<br>Toronto, Ontario M6B 2K4<br>CANADA | | - | | 5/29/2007 | | | X | Unknown |
| Account No. **xxxxxx xxXx0 455P**<br><br>267406 BC Ltd.<br>Attn: James Raymond<br>2200 53 Avenue<br>Vernon, BC V1T 9N8<br>CANADA | | - | | 11/30/2007 | | | X | Unknown |

Sheet no. __5__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xxx2 454P** | | - | | 11/30/2007 | | | X | |
| 267406 BC Ltd.<br>Attn: James Raymond<br>2200 53 Avenue<br>Vernon, BC V1T 9N8<br>CANADA | | | | | | | | Unknown |
| Account No. **x/xx/2005** | | - | | 7/11/2005 | | | X | |
| 3105393 Manitoba Ltd.<br>Attn: Mary Peters<br>96 Vanderbilt Drive<br>Winnipeg, Manitoba R3Y 1M9<br>CANADA | | | | | | | | Unknown |
| Account No. **PN BC xxxxxxx xxxxxxx xx1304** | | - | | 5/13/2004 | | | X | |
| 3105393 Manitoba Ltd.<br>Attn: Mary Peters<br>96 Vanderbilt Drive<br>Winnipeg, Manitoba R3Y 1M9<br>CANADA | | | | | | | | Unknown |
| Account No. | | - | | 12/1/2005 | | | X | |
| 377897 BC Ltd.<br>Attn: Murray Johns<br>5100 Rutherford Rd.<br>Nanaimo, B.C. V9T 5N9<br>CANADA | | | | | | | | Unknown |
| Account No. | | - | | 12/1/2005 | | | X | |
| 377897 BC Ltd.<br>Attn: Murray Johns<br>5100 Rutherford Rd.<br>Nanaimo, B.C. V9T 5N9<br>CANADA | | | | | | | | Unknown |

Sheet no. __6__ of __277__ sheets attached to Schedule of                Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                          Case No. _____
                              Debtor                          ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2/15/2005 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 10/31/2006 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 12/1/2005 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 3/1/2005 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 5/1/2004 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |

Sheet no. _7_ of _277_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                    Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/11/2004 | | | | |
| 377897 BC Ltd. Attn: Murray Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 9/19/2008 | | | | |
| 458124 BC Ltd. Attn: Peter Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 8/15/2008 | | | | |
| 458124 BC Ltd. Attn: Peter Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 7/26/2007 | | | | |
| 458124 BC Ltd. Attn: Peter Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |
| Account No. | | | | 6/4/2007 | | | | |
| 458124 BC Ltd. Attn: Peter Johns 5100 Rutherford Rd. Nanaimo, B.C. V9T 5N9 CANADA | | - | | | | | X | Unknown |

Sheet no. __8__ of __277__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx (MT) PNBC xxx xxxx 0404** | | | | | 4/4/2007 | | | | |
| **624244 BC Ltd.**<br>**Attn: Mark Trikowsky**<br>**2287 Moutain Drive**<br>**Abbotsford, BC V3G 1E6**<br>**CANADA** | - | | | | | | | X | **Unknown** |
| Account No. **xxxxxx (MT) PNBC xxx xxxx 1218** | | | | | 12/18/2006 | | | | |
| **624244 BC Ltd.**<br>**Attn: Mark Trikowsky**<br>**2287 Moutain Drive**<br>**Abbotsford, BC V3G 1E6**<br>**CANADA** | - | | | | | | | X | **Unknown** |
| Account No. **xx5937 BC Ltd (Foerstner, Tyle** | | | | | 8/12/2008 | | | | |
| **685937 BC Ltd**<br>**Attn: Tyler Foerstner**<br>**1545 East 2nd Ave Unit 314**<br>**Vancouver, BC V5N 1C8**<br>**CANADA** | - | | | | | | | X | **Unknown** |
| Account No. **TFxxxxxxBCLTD xxxx xx0608** | | | | | 2/6/2008 | | | | |
| **685937 BC Ltd**<br>**Attn: Tyler Foerstner**<br>**1545 East 2nd Ave Unit 314**<br>**Vancouver, BC V5N 1C8**<br>**CANADA** | - | | | | | | | X | **Unknown** |
| Account No. **TFxxxxxxBCLTD xxxx xx0108** | | | | | 1/1/2008 | | | | |
| **685937 BC Ltd**<br>**Attn: Tyler Foerstner**<br>**1545 East 2nd Ave Unit 314**<br>**Vancouver, BC V5N 1C8**<br>**CANADA** | - | | | | | | | X | **Unknown** |

Sheet no. _**9**_ of _**277**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                              Case No. _____
                                              ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C-x xx1208**<br><br>**692323 Capital, Inc.**<br>**Attn: Marivin Toews**<br>**PO Box 7**<br>**Grande Prairie, B.C. V4K 3M7**<br>**CANADA** | - | | 5/12/2008 | | | X | Unknown |
| Account No. **xxxxxx xxx2 459P**<br><br>**9 to 5 Ventures Ltd.**<br>**Attn: Mel Ovens**<br>**8106 Highland Place**<br>**Vernon, B.C. V1B 3W6**<br>**CANADA** | | | 11/30/2007 | | | X | Unknown |
| Account No. **xxxxxx xxxx0 460P**<br><br>**9 to 5 Ventures Ltd.**<br>**Attn: Mel Ovens**<br>**8106 Highland Place**<br>**Vernon, B.C. V1B 3W6**<br>**CANADA** | - | | 11/30/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 - 225P**<br><br>**Aletto, Steve or Karen**<br>**197 Berkshire Rd.**<br>**Southbury, CT 06488** | - | | 12/20/2006 | | | X | Unknown |
| Account No. **xxxxxx xxX2 - 245P**<br><br>**Alexander, Dorothy**<br>**911 Arbutus Avenue**<br>**Duncan, BC V9L 5X5**<br>**CANADA** | - | | 12/9/2006 | | | X | Unknown |

Sheet no. __10__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **LLS America, LLC**                                         Case No. _____
                                                                ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6-175P**<br><br>Alexander, Dorothy<br>911 Arbutus Avenue<br>Duncan, BC V9L 5X5<br>CANADA | - | | 9/7/2006 | | | X | Unknown |
| Account No. **MALA PNUS xxXx xx2008**<br><br>Alfarone, M. Anthony or Langston<br>4413 SW 53rd Terrace<br>Ocala, FL 34474 | | | 3/20/2008 | | | X | Unknown |
| Account No. **MMAA PNUS xxx xx1207**<br><br>Alfarone, Mark, Michael or Anthony<br>5681 SE 21st Lane<br>Ocala, FL 34480 | - | | 12/12/2007 | | | X | Unknown |
| Account No. **MAA PNUS xxxx xx0706**<br><br>Alfarone, Michael or Ashli<br>306 Bahia Circle<br>Ocala, FL 34472 | - | | 12/7/2006 | | | X | Unknown |
| Account No. **MAA PNUS xxxx xx1207**<br><br>Alfarone, Michael or Ashli<br>306 Bahia Circle<br>Ocala, FL 34472 | - | | 12/12/2007 | | | X | Unknown |

Sheet no. __11__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                    Case No. _____

                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx007-1**<br><br>Alford, Thomas<br>929 Jr. Phillips Road<br>Livingston, TX 77351 | | - | | 10/10/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 512P**<br><br>Alford, Thomas or Bernice<br>929 Jr. Phillips Road<br>Livingston, TX 77351 | | - | | 6/27/2008 | | | X | Unknown |
| Account No. **xxxxxx xxx2 - 217P**<br><br>Alford, Thomas or Bernice<br>929 Jr. Phillips Road<br>Livingston, TX 77351 | | - | | 5/18/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 434P**<br><br>Almond, Tony or Gizelle<br>Apt. 305 542 Bannatyne Avenue<br>Estevan, Saskatchewan S4A 2G5<br>CANADA | | - | | 2/29/2008 | | | X | Unknown |
| Account No. **xxx107-2**<br><br>Almond, Tony or Gizelle<br>Apt. 305 542 Bannatyne Avenue<br>Estevan, Saskatchewan S4A 2G5<br>CANADA | | - | | 11/1/2007 | | | X | Unknown |

Sheet no. __12__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                    Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx6-262P** <br><br> **Alonso, Isaac Hernandez** <br> **Libramiento I. Zaragoza # 152** <br> **Patzcuaro, Michoacan C.P  61600** <br> **MEXICO** | | - | | 11/1/2006 | | | X | Unknown |
| Account No. **BBA PNBC xxxx xx2908** <br><br> **Alton, Bob or Bonnie** <br> **6240 Unsworth Rd.** <br> **Chilliwack, BC V2R4P5** <br> **CANADA** | | - | | 1/29/2008 | | | X | Unknown |
| Account No. **Amnic (MB) PNBCxxx xxx xx2907** <br><br> **Amnic Holdings, Ltd.** <br> **Attn:  Mark or Heidi Belling** <br> **# 8- 15243 91st Avenue** <br> **Surrey, B.C. V3R 8P8** <br> **CANADA** | | - | | 5/29/2007 | | | X | Unknown |
| Account No. **HDA PNBCxxx xxxx xx0508** <br><br> **Anderson, Harvey or Darleen** <br> **16154 8 A Avenue** <br> **Surrey, B.C. V4A 8W7** <br> **CANADA** | | - | | 3/5/2008 | | | X | Unknown |
| Account No. **HDA PNBCxxx xxxx xx1307** <br><br> **Anderson, Harvey or Darleen** <br> **16154 8 A Avenue** <br> **Surrey, B.C. V4A 8W7** <br> **CANADA** | | - | | 11/13/2007 | | | X | Unknown |

Sheet no. __13__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                              Case No. _____

_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **HDA PNBCxxx xxxx xx2407**<br><br>**Anderson, Harvey or Darleen**<br>**16154 8 A Avenue**<br>**Surrey, B.C. V4A 8W7**<br>**CANADA** | - | | | 9/24/2007 | | | X | **Unknown** |
| Account No. **HDA PNBCxxx xxxx xx2707**<br><br>**Anderson, Harvey or Darleen**<br>**16154 8 A Avenue**<br>**Surrey, B.C. V4A 8W7**<br>**CANADA** | - | | | 8/27/2007 | | | X | **Unknown** |
| Account No. **HDA PNBCxxx xxxx xx1307**<br><br>**Anderson, Harvey or Darleen**<br>**16154 8 A Avenue**<br>**Surrey, B.C. V4A 8W7**<br>**CANADA** | - | | | 8/13/2007 | | | X | **Unknown** |
| Account No. **HDA PNBCxxx xxxx xx2905**<br><br>**Anderson, Harvey or Darleen**<br>**16154 8 A Avenue**<br>**Surrey, B.C. V4A 8W7**<br>**CANADA** | - | | | 11/29/2005 | | | X | **Unknown** |
| Account No. **HRA PNBC xxxx xx3007**<br><br>**Anderson, Harvey or Rachel**<br>**16154 8 A Avenue**<br>**Surrey, B.C. V4A 8W7**<br>**CANADA** | - | | | 10/30/2007 | | | X | **Unknown** |

Sheet no. __14__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                        Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **HRA PNBCxxx xxxx xx1707**<br><br>Anderson, Harvey or Rachel<br>16154 8 A Avenue<br>Surrey, B.C. V4A 8W7<br>CANADA | | - | | | 3/17/2007 | | | X | Unknown |
| Account No. **HSA PNBCxxx xxxx xx2407**<br><br>Anderson, Harvey or Shelagh<br>16154 8 A Avenue<br>Surrey, B.C. V4A 8W7<br>CANADA | | - | | | 9/24/2007 | | | X | Unknown |
| Account No. **HSA PNBCxxx xxxx xx1507**<br><br>Anderson, Harvey or Shelagh<br>16154 8 A Avenue<br>Surrey, B.C. V4A 8W7<br>CANADA | | - | | | 2/15/2007 | | | X | Unknown |
| Account No. **HA-KS PNBCxxx xxxx xx1707**<br><br>Anderson, Harvey or Storey, Kristen<br>16154 8 A Avenue<br>Surrey, B.C. V4A 8W7<br>CANADA | | - | | | 1/17/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 359-P**<br><br>Andres, Jeremy or Kristen<br>1437,#6 1st Street<br>ESTEVAN, Saskatchewan S4A 2G5<br>CANADA | | - | | | 8/14/2007 | | | X | Unknown |

Sheet no. __15__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                          Case No. _____
                                              ,
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xxx2 451P**<br><br>Andresen, Karl-Heinz<br>Flobotstr. 15<br>Zurich  8044<br>SWITZERLAND | | - | | 4/18/2008 | | | X | 2,078,662.69 |
| Account No. **xxxxxx xx4 - 390PA**<br><br>Andresen, Karl-Heinz<br>Flobotstr. 15<br>Zurich  8044<br>SWITZERLAND | | - | | 1/7/2008 | | | X | Unknown |
| Account No. **KA PNBC xxx xxxx xx0407-R**<br><br>Appeldoorne, Kenneth<br>PO Box 1669<br>Statesborough, GA 30458 | | - | | 3/4/2007 | | | X | Unknown |
| Account No. **MA PNBC xxx xx2808**<br><br>Ark, Mohinder<br>26195-127th Avenue<br>Maple Ridge, BC V2W 1C3<br>CANADA | | - | | 3/28/2008 | | | X | Unknown |
| Account No.<br><br>Ark, Tirtho<br>12830 Harris Rd.<br>Pitt Meadows, BC V3Y 2S2<br>CANADA | | - | | 9/15/2008 | | | X | Unknown |

Sheet no. __16__ of __277__ sheets attached to Schedule of        Subtotal        2,078,662.69
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**        ,      Case No. _____

                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TA PNBCxxx xxxx xx3006** | | | | 12/30/2006 | | | | |
| **Ark, Tirtho** **12829 Harris Rd.** **Pitt Meadows, BC V3Y 2S1** **CANADA** | - | | | | | | X | Unknown |
| Account No. **TA PNBCxxx xxxx xx0306** | | | | 12/3/2006 | | | | |
| **Ark, Tirtho** **12829 Harris Rd.** **Pitt Meadows, BC V3Y 2S1** **CANADA** | - | | | | | | X | Unknown |
| Account No. **TA Arket PNBCxxx xxxx xx2806** | | | | 12/28/2006 | | | | |
| **Arket Contractors** **Attn: Tirtho Ark** **12829 Harris Rd.** **Pitt Meadows, BC V3Y 2S1** **CANADA** | - | | | | | | X | Unknown |
| Account No. **TA Arket PNBCxxx xxxx xx0406** | | | | 12/4/2006 | | | | |
| **Arket Contractors** **Attn: Tirtho Ark** **12829 Harris Rd.** **Pitt Meadows, BC V3Y 2S1** **CANADA** | - | | | | | | X | Unknown |
| Account No. **DSA PNBCxxx xxx xx2908** | | | | 2/29/2008 | | | | |
| **Armstrong, David or Shelley** **301-5762 Balsam St.** **Vancouver, B.C. V6M 4B9** **CANADA** | - | | | | | | X | Unknown |

Sheet no. __17__ of __277__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **LLS America, LLC**                                                              Case No. _____
                                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DSA PNBCxxx xxxx xx0807**<br><br>Armstrong, David or Shelley<br>301-5762 Balsam St.<br>Vancouver, B.C. V6M 4B9<br>CANADA | - | | 2/8/2007 | | | X | Unknown |
| Account No. **DSA PNBCxxx xxxx xx1507**<br><br>Armstrong, David or Shelley<br>301-5762 Balsam St.<br>Vancouver, B.C. V6M 4B9<br>CANADA | - | | 1/15/2007 | | | X | Unknown |
| Account No. **xxxxxx x0x2 - 62P**<br><br>Aronson, Harold<br>3208 74th Street N.W.<br>Edmonton, Alberta T6K 1J6<br>CANADA | - | | 3/7/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 427P**<br><br>Aronson, Harold or Amberlee<br>3208 74th Street N.W.<br>Edmonton, Alberta T6K 1J6<br>CANADA | - | | 8/3/2007 | | | X | Unknown |
| Account No.<br><br>Baader, Brad or Daylene<br>15830 69th St. NW<br>Edmonton, Alberta, T5Z 3A5<br>CANADA | - | | | | | | Unknown |

Sheet no. __18__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LLS America, LLC**                                              Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xxx2 - 408P**<br><br>**Bach, Shirley**<br>**118, 11816-88th Ave**<br>**Delta, B.C. V4C 3C4**<br>**CANADA** | - | | 11/1/2007 | | | X | Unknown |
| Account No. **xxxxxx xxx2 448P**<br><br>**Bagherian Imports LTD**<br>**Attn: Mohsen Bagherian**<br>**863 Collins Rd.**<br>**Colorado Springs, CO 80920** | - | | 5/2/2008 | | | X | Unknown |
| Account No. **xxxxxx x0x2 - 77PA**<br><br>**Bagherian, Masoud or Shana**<br>**6125 Spurwood Drive**<br>**Colorado Springs, CO 80918** | - | | 4/27/2007 | | | X | Unknown |
| Account No. **xxxxxx x0x2 - 14PA**<br><br>**Bagherian, Masoud or Shana**<br>**6125 Spurwood Drive**<br>**Colorado Springs, CO 80918** | - | | 12/20/2006 | | | X | Unknown |
| Account No. **xxxxxx x0x2 - 78PA**<br><br>**Bagherian, Mohsen or Helen**<br>**863 Collins Rd.**<br>**Colorado Springs, CO 80920** | - | | 4/27/2007 | | | X | Unknown |

Sheet no. __19__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DDB PNBCxxx xxxx xx1506** <br><br> **Baker, Don or Diane** <br> **40403 Perth Drive** <br> **Squamish, BC V8B 0B1** <br> **CANADA** | - | | 12/15/2006 | | | X | **Unknown** |
| Account No. **DDB PNBCxxx xxxx xx1506** <br><br> **Baker, Don or Diane** <br> **40403 Perth Drive** <br> **Squamish, BC V8B 0B1** <br> **CANADA** | - | | 3/15/2006 | | | X | **Unknown** |
| Account No. **JamesB PNBC xxxx xx2906** <br><br> **Baker, James** <br> **40403 Perth Drive** <br> **Squamish, B.C. V8B 0B1** <br> **CANADA** | - | | 12/29/2006 | | | X | **Unknown** |
| Account No. **PN BC xxxxxxx JB xx0905** <br><br> **Baker, Jordan** <br> **PO Box 1475** <br> **Squamish, B.C. V8B 0B1** <br> **CANADA** | - | | 12/9/2005 | | | X | **Unknown** |
| Account No. **RDB PNBC xxxxx xx0908** <br><br> **Baker, Roderick or Deborah** <br> **1165 South Ainger Rd** <br> **Charlotte, MI 48813** | - | | 9/9/2008 | | | X | **Unknown** |

Sheet no. __20__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                          , Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RDB PNBC xxx xxx xx1608**<br><br>**Balaz, Ronald or Darlene**<br>**13 Auburn Bay Park S.E.**<br>**Calgary, Alberta T3M1K8**<br>**CANADA** | | - | 5/16/2008 | | | X | Unknown |
| Account No. **RDB PNBC xxx xxXx xx1606**<br><br>**Balaz, Ronald or Darlene**<br>**13 Auburn Bay Park S.E.**<br>**Calgary, Alberta T3M1K8**<br>**CANADA** | | - | 11/16/2006 | | | X | Unknown |
| Account No. **TB PNBC xxxxx xx1708**<br><br>**Balaz, Tom**<br>**59 Higham Bay**<br>**Winnipeg, Manitoba R2N 0A9**<br>**CANADA** | | - | 9/17/2008 | | | X | Unknown |
| Account No. **xxxxxx xxx2 - 115P**<br><br>**Ballard, Ronald or Brandt, Linda**<br>**379 N College Rd**<br>**Mason, MI 48854** | | - | 12/22/2006 | | | X | Unknown |
| Account No. **PPB PNBC xxxx xx0807**<br><br>**Banysch, Peter or Paula**<br>**# 35 -2030 Van Horne Drive**<br>**Kamloops, BC V1S 1P6**<br>**CANADA** | | - | 5/21/2008 | | | X | Unknown |

Sheet no. __21__ of __277__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LLS America, LLC**                                                                          Case No. _____

                                                                ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PPB PNWA xxxx xx0806** <br><br> **Banysch, Peter or Paula** <br> **# 35 -2030 Van Horne Drive** <br> **Kamloops, BC V1S 1P6** <br> **CANADA** | | - | | | 11/8/2006 | | | X | **Unknown** |
| Account No. **xx0208PC** <br><br> **Barr, Wayne** <br> **Box 938** <br> **Invermere, B.C. V0A 1K0** <br> **CANADA** | | - | | | 2/20/2008 | | | X | **Unknown** |
| Account No. **xxx007-2** <br><br> **Barry, Donald or Diane** <br> **315 Woodpark Cresent** <br> **Kelowna, B.C. V1V 2L4** <br> **CANADA** | | - | | | 11/30/2007 | | | X | **Unknown** |
| Account No. **xxxxxx xxx2 - 396P** <br><br> **Barry, Donald or Diane** <br> **315 Woodpark Cresent** <br> **Kelowna, B.C. V1V 2L4** <br> **CANADA** | | - | | | 11/30/2007 | | | X | **Unknown** |
| Account No. **MBPNBC xxxx xx1407** <br><br> **Baudez, Marc** <br> **11 rue Jean Mace** <br> **59270 Bailleul 80051** <br> **FRANCE** | | - | | | 12/14/2007 | | | X | **Unknown** |

Sheet no. __22__ of __277__ sheets attached to Schedule of                          Subtotal                        **0.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)